UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACE YOUNG

                              Plaintiff,

-v-

LASSO MARKETING, INC. AND IQVIA, INC.,

                              Defendants.

24 Civ. 9204 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of an unavoidable scheduling conflict, the initial pretrial conference is hereby rescheduled from April 8, 2025, to **April 11, 2025 at 2 p.m**. The dial-in information remains the same. The case management plan and joint letter should be submitted no later than April 8, 2025.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 18, 2025
       New York, New York