# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

May 14, 2026

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    **Grace Young v. Lasso Marketing, Inc. et al.**
       **No. 1:24-CV-09204 (PAE)**

Dear Judge Engelmayer:

The Parties respectfully write to request that the conference currently scheduled for May 15, 2026 be adjourned to a later date. This request is based on the Court's April 10, 2026 Order staying discovery (ECF No. 32). In addition, the Parties are scheduled to participate in a private mediation session on May 28, 2026, and believe that adjourning the conference until after that date will promote efficiency and conserve judicial resources.

We greatly appreciate your courtesy in this regard.

Very truly yours,

*Mary A. Smith*

Mary A. Smith, Esq.
(212) 545-4002
Mary.Smith@jacksonlewis.com
Jackson Lewis P.C.

GRANTED. The parties' joint status update is due June 1, 2026.
SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Date: May 15, 2026
New York, New York