

| | | Jeremiah Iadevaia |
| --- | --- | --- |
| | | 212-403-7323 (o) |
| | | 347-880-2673 (m) |
| | | jiadevaia@vladeck.com |

June 23, 2026

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Grace Young v. Lasso Marketing, Inc., et al.*
              Case No. 1:24-cv-09204 (PAE)

Dear Judge Engelmayer:

The parties write jointly to provide an update regarding the status of mediation and to respectfully request an extension of the stay of discovery.

As stated in the parties' June 1, 2026 request to extend the stay of discovery, the parties scheduled a second in-person mediation session with Judge Ariel Belen at JAMS for June 23, 2026. (Dkt. 36) The Court granted the parties' request to extend the stay until June 26, 2026. (Dkt. 37) Unfortunately, JAMS informed us that Judge Belen is no longer available on June 23 due to unexpected personal circumstances. As a result, the parties have rescheduled the second mediation session to July 8, 2026—the soonest available date that worked for Judge Belen, all parties, and counsel. Accordingly, the parties respectfully request an extension of the stay to July 10, 2026 to permit the parties to mediate again without expending further time and resources on discovery.

The parties apologize for the inconvenience and appreciate the Court's courtesy.

                                    Respectfully Submitted,

                                      */s/ Jeremiah Iadevaia*

                                      Jeremiah Iadevaia

GRANTED.
SO ORDERED.

*Paul A. Engelmayer*
_____
           PAUL A. ENGELMAYER
          United States District Judge
Date: June 24, 2026
New York, New York