JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

July 10, 2026

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Grace Young v. Lasso Marketing, Inc. et al.**
**No. 1:24-CV-09204 (PAE)**

Dear Judge Engelmayer:

The Parties write jointly to provide an update to the Court regarding mediation efforts.

The Parties first requested a stay of discovery in order to mediate on April 10, 2026. (Dkt. 31) The Court granted the Parties' request that day. (Dkt. 32) The Parties then engaged in a full day, in-person mediation session with Judge Ariel Belen (Ret.) at JAMS on May 28, 2026. The Parties did not resolve the dispute during that session, but made substantial progress toward settlement and accordingly requested an extension of the stay to allow time to mediate again. (Dkt. 36) The Court granted the Parties' request. (Dkt. 37) The Parties were scheduled to mediate on June 23, 2026, but due to an unforeseen personal conflict, Judge Belen informed the Parties he was no longer available on June 23. The Parties requested another extension of the stay in order to accommodate the new mediation date, July 8, 2026, which was the first available date that worked for all counsel, Parties, and the mediator. (Dkt. 38) The Court granted the Parties' request. (Dkt. 39)

The Parties thereafter engaged in a full day, in person mediation session with Judge Belen at JAMS on July 8, 2026. Although the July 8 mediation did not result in a final resolution, the Parties made substantial progress toward settlement. Given this meaningful headway, the Parties are optimistic that continued discussions may lead to a full resolution of this matter. To that end, the Parties have agreed to continue their mediation efforts through conversations with Judge Belen. The Parties respectfully request that the Court extend the stay of discovery until July 17, 2026 to permit the Parties to devote additional time and resources to hopefully reach a full resolution of the matter.

We greatly appreciate your courtesy in this regard.

Very truly yours,

JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

Mary A. Smith

Mary A. Smith, Esq.
(212) 545-4002
Mary.Smith@jacksonlewis.com
Jackson Lewis P.C.

cc: Jeremiah Joseph Iadevaia, Esq., Plaintiff's Counsel (via ECF)
Demitrios Elias Kalomiris, Esq., Plaintiff's Counsel (via ECF)

4929-0160-8636, v. 2

GRANTED. The parties are directed to file a joint status update on the docket on or before July 22, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: July 13, 2026
New York, New York